IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and ATLUS CO., LTD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ) <br> ON SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) | Case No. 24-cv-4688 <br><br> Judge Thomas M. Durkin |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 12**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs SEGA CORPORATION and ATLUS CO., LTD hereby dismiss without prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 12 | Japan E-trade Online |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: July 15, 2024        By:   s/Michael A. Hierl

Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiffs
SEGA CORPORATION and ATLUS CO., LTD

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 15, 2024.

                                                     s/Michael A. Hierl